**FILE COPY**



# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

June 3, 2015

Paul Edwards Hudson
2935 Sundial Dr.
Dallas, TX 75229

Bridget Moreno Lopez
LINEBARGER GOGGAN BLAIR
 & SAMPSON, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207
* DELIVERED VIA E-MAIL *

**RE:**     Case Number:  07-14-00444-CV
Trial Court Case Number: TX-13-31309

**Style:** Paul Edward Hudson v. Dallas County, et al

Dear Mr. Hudson and Counsel:

Appellant's brief is filed on Monday, June 02, 2015.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK